UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
CONCIERGE AUCTIONS, LLC,    :
      :
      Plaintiff,   :   24-CV-281 (VSB)
      :
   -against-   :   **ORDER**
      :
NEWTON HOWARD,    :
      :
      Defendant.  :
      :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 11.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated: August 27, 2024
      New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge