**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CONCIERGE AUCTIONS, LLC,

                Petitioner,

  -against-                                     24 **CIVIL** 281 (VSB)

                                                    **JUDGMENT**

NEWTON HOWARD,

                Respondent.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated October 18, 2024, Petitioner's motion is GRANTED. The Award is CONFIRMED, and judgment is entered in favor of Petitioner and against Respondent in the amount of $480,000, plus pre-judgment interest on that amount at the rate of 9% per annum from March 29, 2022 through the date of the judgment pursuant to the Award, in the amount of $110,544.66, post-judgment interest in accordance with 28 U.S.C. § 1961(a), and $66,400.77 in attorneys' fees, costs and disbursements; accordingly, the case is closed.

**Dated:** New York, New York

      October 18, 2024

                                                                      **DANIEL ORTIZ**

                                                              **Acting Clerk of Court**

                                    **BY:**    *K. Mango*

                                                                     **Deputy Clerk**